[No. 13818-9-I. Division One. May 12, 1986.]

DITTY PROPERTIES, INCORPORATED, *Appellant,* v.
INTERNATIONAL SPAS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 82-2-07779-8, Rosselle Pekelis, J., entered
September 16, 1983. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Swanson and Grosse, JJ.

[No. 15095-2-I. Division One. May 12, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK C.
LASHER, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 83-1-00686-9, Stuart C. French, J.,
entered June 5, 1984. *Affirmed* by unpublished opinion per
Johnsen, J. Pro Tem., concurred in by Coleman and Web-
ster, JJ.

[No. 6884-6-III. Division Three. May 13, 1986.]

JOANNE G. DeLAPP, *Appellant,* v. RICHTER,
WIMBERLEY AND ERICSON, P.S., ET AL,
*Respondents.*

Appeal from judgments of the Superior Court for Spo-
kane County, Nos. 82-2-03538-1, 84-2-02016-9, Patrick
McCabe, J., entered December 19, 1984. *Affirmed* by
unpublished opinion per Munson, J., concurred in by
Green, C.J., and McInturff, J.